**Jarrett D. HOLDEN, Petitioner–Appellant,**

v.

**D.A. BRAXTON, Chief Warden, Respondent–Appellee.**

No. 02–6816.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 20, 2002.

Jarrett D. Holden, Appellant Pro Se. Leah Ann Darron, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

Jarrett D. Holden appeals the district court's order granting the Respondent's motion to dismiss and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Holden v. Braxton,* No. CA–01–709–AM (E.D. Va. filed Apr. 22, 2002 & entered Apr. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*